## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WAYNE D. PERRY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00001-CB-C |
| GRANTT CULLIVER, et al., | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 5th day of April, 2010.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**